

CERTIFIED MAIL
7003 0500 0002 5072 0308

U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4701
Washington, DC 20530

Mr. Layne M. Rice
c/o Dorianne G. Mason, Esquire
Second Chance Project & Community Clinics, Ohio Justice & Policy Center
215 E. 9th Street
Suite 601
Cincinnati, OH 45202

December 04, 2018

Re: EEOC Charge Against Cincinnati Fire Dept.
No. 473201801039

Dear Mr. Rice:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Cincinnati Area Office, Cincinnati, OH.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division

by Karen L. Ferguson
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Cincinnati Area Office, EEOC
Cincinnati Fire Dept.