# CITY OF CINCINNATI FIRE RECRUIT

## II. DISQUALIFYING CRITERIA

The offenses listed below are criteria for which candidates may be disqualified. All persons who attempt to commit or admit to committing any of these offenses listed may be disqualified as though they had been convicted.

A. **Felonies**: Any person who has been convicted in a court of competent jurisdiction of a felony regardless of degree, will be disqualified. Any candidate who is indicted or commits a felony during the process shall be disqualified.

B. **Misdemeanors**: Any person who has been convicted in a court of competent jurisdiction of a misdemeanor within five years of the date of application may be disqualified. The five year time parameter is fixed from the date of application and is not a moving threshold of elapsed time. Conviction or the commission of any misdemeanor during the selection process shall be grounds for disqualification.

C. **Drugs (excluding marijuana)**: Any person who has been convicted in a court of competent jurisdiction of usage, possession, and/or sale of narcotics, dangerous drugs and hallucinogens, or any other controlled substance which the Civil Service Commission determines to relate to job performance or an attempt, conspiracy, or solicitation to commit such a criminal act, shall be disqualified. Candidates who use or possess any prohibited or controlled substance during the selection process shall be disqualified.

D. **Marijuana**: Any person who has been convicted in a court of competent jurisdiction of the sale of marijuana, or an attempt, conspiracy, or solicitation to commit such a criminal act, shall be disqualified.

   **Candidates who use or possess marijuana during the selection process shall be disqualified. Any use of marijuana which predates the filing of application for employment by less than two years shall be grounds for disqualification. Any use of marijuana which predates the filing of application for employment by more than two years may be disregarded.**

E. **Sex Offenses and Bodily Harm**: Any person who has been convicted in a court of competent jurisdiction of a sex offense as defined in Chapter 2907 of the Ohio Revised Code, or an offense causing or threatening bodily harm as defined in Chapter 2903 and Chapter 2919 of the Ohio Revised Code, or an attempt, conspiracy, or solicitation, to commit such a criminal act may be disqualified.

F. **Guns, Concealed Weapons and Dangerous Ordinance**: Any person who has been convicted in any court of competent jurisdiction of violating any gun control ordinance, carrying any concealed weapon, or possession of any dangerous ordinance may be disqualified. Any attempt to violate any law, statute, or regulation to the above may be grounds for disqualification.

G. **Automobile**: Any person who has been convicted in a court of competent jurisdiction within five years of the date of application of any of the following offenses will be disqualified: Revocation or suspension of driving privileges on two or more occasions, vehicular homicide, driving under the influence, leaving the scene of an accident, or reckless driving. Any person currently under suspension or revocation of driving privileges will be disqualified. Any person with six or more points on their current record may be disqualified. All persons who have not possessed a valid drivers license for more than one year shall be disqualified.

Case: 1:19-cv-00209-WOB-SKB Doc #: 1-2 Filed: 03/18/19 Page: 2 of 2  PAGEID #: 13

Exhibit B – Cincinnati Fire Recruit Disqualifying Criteria

**The five year time parameter is fixed from the date of application and is not a moving threshold of elapsed time.**

No person shall be appointed to the Cincinnati Fire Department without a valid Ohio Driver's License, without restrictions (except for eyeglasses).

### III. DISQUALIFYING EMPLOYMENT-RELATED CONDUCT

A. Any person who within five years of the date of application has been terminated or resigned in lieu of termination from previous employment for insubordination, serious job misconduct, unexcused or excessive absenteeism or tardiness, or neglect of duty may be disqualified. All persons who within five years of the date of application have been suspended or received written reprimands on two or more occasions for insubordination, serious job misconduct, unexcused or excessive absenteeism or tardiness, or neglect of duty may be disqualified.

B. Theft of cash, goods, credit, or services from an employer may be cause for disqualification.

### IV. MISCELLANEOUS DISQUALIFYING CONDUCT

A. Any person who within five years of the date of application has failed to obey or honor any judgments entered by a court of record, including, but not limited to, alimony or support payments, or have failed to pay any fine imposed by a court of record, may be disqualified. Any person who within five years of the date of application has failed on two or more occasions to honor an order (i.e.: capias or subpoena) to appear in court may be disqualified.

**The five year time parameter is fixed from the date of application and is not a moving threshold of elapsed time.**

B. Any person who has been discharged from the United States military service under other than honorable conditions for reasons which are job related may be disqualified.

C. Any person who has made any intentional false alarm or a false report to any police or fire agency may be disqualified.

D. Any person who was once or is currently a member of any organization which advocates or has advocated crime or the violent overthrow of the United States government will be disqualified.

E. Any person who has made false statements regarding any material matter during the selection process or has intentionally omitted any requested material information on the questionnaire or who has cheated during any portion of the selection process will be disqualified.

G. Any person who has paid or accepted a bribe or favor to cover or hide any criminal offense, or acted in any manner to prevent discovery and/or apprehension of any criminal by any duly constituted law enforcement agency, or was involved in any plan or attempt to accomplish any of the above, will be disqualified.

Last Revised: 5/2012