UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:19-CV-00209 (WOB-SKB)

LAYNE RICE,                                                    PLAINTIFF,

VS.                             JUDGMENT

CITY OF CINCINNATI.                                           DEFENDANT.

Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that summary judgment be, and is hereby, **ENTERED IN DEFENDANT'S FAVOR**. This matter is **STRICKEN** from the docket of the Court.

This 7th day of May 2021.



Signed By:
William O. Bertelsman
United States District Judge